PROMETHEUS PARTNERS LLP
EDUARDO G. ROY (SBN 146316)
eduardo.roy@prometheus-law.com
The Mills Tower
220 Montgomery Street, Suite 1094
San Francisco, CA 94104
Telephone: 415.527.0255

Attorney for Defendant
CLIFTON BURCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC WORTHEN, TAJ ARMON REID, a/k/a TAJ REID, DERF BUTLER, ANTON KALAFATI, CLIFTON BURCH, PETER MCKEAN, LEN TURNER, and LANCE TURNER,<br><br>Defendants. | Case No. 3:17-cr-00175 CRB<br><br>**DEFENDANT CLIFTON BURCH'S RESPONSE TO GOVERNMENT MOTION REGARDING ENTRAPMENT**<br><br>Date: Sept. 18, 2018<br>Time: 2:00 p.m.<br>Judge: Hon. Charles Breyer<br>Dept.: Courtroom 6. 17th Floor |

Defendant Clifton Burch responds to the Government's Motion for Disclosure of Intent to Raise Entrapment Defense (ECF no. 251) as follows.

In its motion, the Government asks the Court to require notice and an offer or proof before an entrapment defense can be raised to a jury at trial. The Government does <u>not</u> ask that an entrapment defense be precluded at this time, but that the defense be required to give notice and make a prima facie offer of proof before the defense may be raised.

Defendant Burch does not oppose the motion and will give reasonable notice and an offer of proof before raising such a defense at trial.

Dated: September 4, 2018          Respectfully submitted,

<div style="margin-left: 3em;">
By: /s/ Eduardo G. Roy<br>
EDUARDO G. ROY<br>
Attorney for Defendant<br>
CLIFTON BURCH
</div>